[No. 14012-8-II.  Division Two.  November 10, 1992.]

ASSOCIATED SAND & GRAVEL CO., INC., *Respondent*, v.
BASS CONSTRUCTION CO., INC., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 88-2-01453-9, Robert J. Doran, J., entered June 11, 1990. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Seinfeld, JJ.

[No. 13977-4-II.  Division Two.  November 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE
EDWARD MCMULLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-00207-3, Karen L. Strombom, J., entered May 8, 1990. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Seinfeld, JJ.

[No. 11468-6-III.  Division Three.  November 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RODGER
LEWIS WASSON, *Appellant*.

Appeal from a judgment of the Superior Court of Asotin County, No. 86-1-00084-6, John M. Lyden, J., entered February 11, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.